FILED
JUN 11 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SOPHEA SAN,<br><br>　　　　　　Defendant. | CASE NO. 1:12-CR-185 LJO |

**ORDER GRANTING MOTION TO DISMISS**

　　　Based on the government's motion filed on June 7, 2013, and for good cause, the charges in the indictment against the above-named defendant are dismissed without prejudice.

DATE: June 16, 2013

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　United States District Court Judge

Order　　　　　　　　　　　　　　　　1