1 | HEATHER E. WILLIAMS, Bar #122664
Federal Defender
2 | ANN MCGLENON, Bar #100433
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California 93721-2226
Telephone: (559) 487-5561
5
Attorney for Defendant
6 | SOPHEA SAN

**FILED**

JUN 1 2 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:12-cr-0185 LJO / SKO |
|---|---|---|
| Plaintiff, | ) | **APPLICATION FOR ORDER EXONERATING BOND AND FOR RETURN OF CASH BOND; ORDER** |
| v. | ) | |
| SOPHEA SAN, | ) | |
| Defendant. | ) | |

Defendant Sophea San hereby moves this court for an order to exonerate the bond and return the cash bond posted in the above-captioned case.

On August 13, 2012, Mr. San made an initial appearance before this court in the above-referenced matter. A detention hearing was held on August 15, 2012 and Mr. San was ordered released from custody under the supervision of Pretrial Services and a $1,000 cash bond. (Dkt. #5) The $1,000 cash bond was posted on August 15, 2012, Receipt #CAE100019807. (Dkt. #6, and Order Setting Conditions of Release, Dkt. #7)

On June 6, 2013, a Minute Order indicated that the Government will be filing a dismissal forthwith of the above matter. (Dkt. #24)

///

1    On June 10, 2013, the Government filed its proposed order re motion to dismiss the above matter.
2    (Dkt. #25)
3    As all conditions required by this court in this matter have been met, it is requested that the court
4    exonerate the bond in this matter and that the cash bond of $1,000 posted August 15, 2012, be returned.
5    DATED: June 10, 2013

                                                 HEATHER E. WILLIAMS
                                               Federal Public Defender

                                               /s/ Ann McGlenon
                                               ANN MCGLENON
                                               Assistant Federal Defender
                                               Attorneys for Defendant
                                               SOPHEA SAN

## ORDER

**IT IS HEREBY ORDERED** that the bond in the above-captioned case be exonerated and cash bond be reconveyed.

DATED: June 12, 2013

                                               LAWRENCE J. O'NEILL, Judge
                                               United States District Court